IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LARRY DARRELL DOUGLAS, SR. and EDNA DOUGLAS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:24-cv-030-Z-BR |
| POTTER COUNTY, TEXAS, | § § § | |
| Defendant. | § | |

## ORDER TO FILE ADVISORY AND SETTING TELECONFERENCE

On September 6, 2024, the undersigned issued a Standing Order Regarding Potential Discovery Disputes, providing in relevant part that prior to the filing of any type of motion related to discovery, counsel for both parties shall engage in two separate meet-and-confer phone calls and then shall contact the Court to receive further instructions. (ECF 46 at 3). On October 4, 2024, the parties in this case filed a Joint Advisory to the Court Regarding Availability for Discovery Conference. (ECF 56). In that Joint Advisory, parties informed the Court of a discovery dispute they have been unable to resolve despite the two required meet-and-confers, and they request an initial conference with the Court to discuss next steps in resolving the discovery dispute. (*Id*. at 1).

The Court will conduct such a conference by phone on **Friday, October 18, 2024 at 2:30 p.m.** At that time, attorneys for both parties shall be on the phone together and shall place a call to the chambers line at 806-468-3832, where they will be connected with the law clerk handling the case.

On or before **October 17, 2024**, the parties shall file a one-page joint advisory that the law clerk will use to prepare for the teleconference. The joint advisory shall include the following:

    a. No more than one paragraph summarizing the nature of the discovery

      dispute;

    b. The dates on which the parties conferred telephonically regarding the discovery issues;

    c. The length of the phone calls regarding the discovery issues;

    d. The names of the participants in the phone calls regarding the discovery issues; and

    e. The topics discussed during the phone calls regarding the discovery issues.

Following this teleconference, the Court will issue a separate order setting a deadline and other requirements for the joint letter brief required by the Standing Order Regarding Potential Discovery Dispute. (*See* ECF 46 at 3). In that separate order, the Court will also schedule an in-person hearing for resolution of the discovery dispute.

IT IS SO ORDERED.

ENTERED October 7, 2024.

                                                            LEE ANN RENO
                                                            UNITED STATES MAGISTRATE JUDGE